OSCAR SAGARINO, as Guardian ad Litem of ROBERT SAGARINO, an Infant, and OSCAR SAGARINO, Respondents, v. MANHATTAN GENERAL, INC., Appellant.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements to the appellant, and the motion granted, without prejudice. Rule 122 [of the Rules of Civil Practice] and sections 289 and 290 of the Civil Practice Act state the manner in which applications of this character must be made. The failure of plaintiffs to comply with the statute and the rules requires the reversal of this order. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

MAY KNITTING CO., INC., Appellant, v. BROOKLYN YARN DYE CO., INC., Defendant, and COMMERCIAL UNION ASSURANCE CO., LTD., OF LONDON, Respondent, and SWITZERLAND GENERAL INSURANCE COMPANY, LTD., Defendant-Impleaded, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

GREENWELK KNITWEAR CO., INC., Respondent, v. BROOKLYN YARN DYE CO., INC., Defendant, Impleaded with COMMERCIAL UNION ASSURANCE CO., LTD., OF LONDON, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

MARTIN B. SAPORTAS and LILY C. SAPORTAS, Appellants, v. NEWS SYNDICATE CO., INC., Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. The bill of particulars to be served within twenty days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of GUARANTY TRUST COMPANY OF NEW YORK, as Trustee, and of LEWIS L. CLARKE, as Successor Trustee, under a Trust Agreement Dated February 10, 1903, Made by PLINY FISK, for the Final Judicial Settlement of Their Accounts upon Their Resignation as Such Trustees and the Transfer of the Property of the Trust to Successor Trustees. DOROTHY FISK PAINE, Appellant; ELEANOR FISK and Others, Respondents.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements to the appellant payable out of the fund, and the provision in paragraph numbered 5 requiring Henry B. Johnson, as individual successor trustee, to file a bond in the sum of fifty thousand dollars and the provision in paragraph numbered 8 " and of a certified copy of the bond hereinabove in paragraph ' 5 ' directed to be filed " stricken from said order. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.